UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                          Government,   :   17 CR. 50 (RMB)
                                                                          :
        - against -                            :   **ORDER**
                                                                          :
JUSTICE WARING,                                    :
                          Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 3, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 436 903 176#

Dated: July 24, 2023
       New York, NY

                                                   _____
                                                    **RICHARD M. BERMAN**
                                                            **U.S.D.J.**