**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                     Government,      :      17 CR. 50 (RMB)
                                     :
       - against -                 :      **ORDER**
                                     :
JUSTICE WARING,                      :
                     Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 6, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 436 903 176#

Dated: November 1, 2023
       New York, NY

                                              _____
                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**