UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                   Government,    :    17 CR. 50 (RMB)
                                         :
        - against -                   :    **ORDER**
                                         :
JUSTICE WARING,                          :
                   Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 18, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 112 813 974#

Dated: December 13, 2023
       New York, NY

                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**