UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                       Government,           :       17 CR. 50 (RMB)
                                             :
         - against -                       :       **ORDER**
                                             :
JUSTICE WARING,                              :
                       Defendant.            :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, January 30, 2024 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 697 625 155#

Dated: January 17, 2024
       New York, NY

                                                                    _____
                                                         **RICHARD M. BERMAN**
                                                                **U.S.D.J.**