UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,    :       17 CR. 50 (RMB)
                                          :
      - against -                      :       **ORDER**
                                          :
JUSTICE WARING,                          :
                    Defendant.     :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, April 29, 2024 at 10:00 A.M. is hereby rescheduled to Thursday, May 23, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 853 211 953#

Dated: April 9, 2024
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                          **U.S.D.J.**