**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

JUSTICE WARING,

Defendant.

17-CR-50 (RMB)

**ORDER**

The supervised release hearing is scheduled for Tuesday, August 13, 2023 at 10:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 433 047 95#

Video Link: hyperlinked here

Mr. Waring was sentenced on July 11, 2017 to 78 months of incarceration and three years of supervised release for being a felon in possession of a firearm and possessing a firearm in a school zone. Supervision commenced on August 21, 2023 for a period of three years and is scheduled to expire on August 20, 2026.

Waring has been compliant with all of his conditions of supervision. He has incurred no violations of supervised release. At the last hearing, Probation stated that Waring "has been doing consistently well" and "is an exceptional case."

Date: August 7, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**