**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                Government,      :     17 CR. 50 (RMB)
                                                    :
    - against -                                  :     **ORDER**
                                                    :
                                                    :
JUSTICE WARING,                                     :
                                                    :
                Defendant(s).    :
-------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, September 25, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 18, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.