UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                     Government,  :      17 CR. 50 (RMB)
                                          :
       - against -                    :      **ORDER**
                                          :
JUSTICE WARING,                           :
                                          :
                     Defendant.   :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Monday, November 4, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
**Join the meeting now**

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 314 860 750#

Dated: October 30, 2024
       New York, NY

                                              */s/ Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                     **U.S.D.J.**