**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                                          :
                    Government,        :          17 CR. 50 (RMB)
                                                                          :
      - against -                                  :          **ORDER**
                                                                          :
                                                                          :
JUSTICE WARING,                                      :
                                                                          :
                    Defendant.            :
-----------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, January 14, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: January 8, 2025
       New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.