**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    17 CR. 50 (RMB)
                                         :
        - against -                   :    **ORDER**
                                         :
JUSTICE WARING,                          :
                                         :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 13, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 789 785 440#

Dated: March 5, 2025
       New York, NY

                                          */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  U.S.D.J.