UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                    Government,   :     17 CR. 50 (RMB)
                                            :
        - against -                      :     **ORDER**
                                            :
JUSTICE WARING,                             :
                                            :
                    Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 5, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 903 928 571#

Dated: May 28, 2025
      New York, NY

                                           RICHARD M. BERMAN
                                                 U.S.D.J.