UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                   Government,          :           17 CR. 50 (RMB)
                                            :
        - against -                       :           **ORDER**
                                            :
JUSTICE WARING,                             :
                                            :
                   Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 18, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 810 178 943#

Dated: June 11, 2025
      New York, NY

                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**